| | |
|---|---|
| 1 | Joshua B. Swigart, Esq. (SBN: 225557) |
| | josh@westcoastlitigation.com |
| 2 | **HYDE & SWIGART** |
| 3 | 2221 Camino Del Rio South, Suite 101 |
| | San Diego, CA 92108-3609 |
| 4 | Telephone:  (619) 233-7770 |
| 5 | Facsimile:   (619) 297-1022 |
| | |
| 6 | Abbas Kazerounian, Esq. (SBN: 249203) |
| 7 | ak@kazlg.com |
| | **KAZEROUNI LAW GROUP, APC** |
| 8 | 245 Fischer Avenue, Unit D1 |
| 9 | Costa Mesa, CA 92626 |
| | Telephone:  (800) 400-6808 |
| 10 | Facsimile:   (800) 520-5523 |
| 11 | |
| | Babak Semnar |
| 12 | bob@semnarlawfirm.com |
| | **SEMNAR LAW FIRM** |
| 13 | 400 South Melrose Drive, Suite 209 |
| 14 | Vista, CA 92081 |
| | Telephone:  (619) 500-4187 |
| 15 | Facsimile:   (888) 819-8230 |
| 16 | |
| 17 | *Attorneys for Plaintiff,* |
| | Manuel Charkchyan |

**HYDE & SWIGART**
San Diego, California

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CHARKCHYAN, Individually and On Behalf of All Others Similarly Situated, | **Case No: 2:14-cv-03564-ODW-AS** |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS** |
| v. | |
| EZ CAPITAL, INC., | |
| Defendant. | |


Enterprise Process Service, Inc. (Batavia)
Corp/Business Service

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## AFFIDAVIT OF SERVICE



*46124*

Index no : **2:14-cv-3564 ODW-AS**
Filed Date: **05/08/2014**
Office No: SOUTHWESTLEGAL1 SOUTHWESTLEGAL1

| Plaintiff(s): | **MANUEL CHARKCHYAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** |
|---|---|
| | -vs- |
| Defendant(s): | **EZ CAPITAL, INC.** |

STATE OF NEW YORK COUNTY OF ALBANY     ss.:

**Zachariah TeBordo**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **05/28/2014** at **3:05 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. _ 227, ET SEQ., AND CIVIL COVER SHEET** on **EX CAPITAL, INC. B/S/U BUSINESS FILINGS INCORPORATED AS REGISTERED AGENT** at **187 Wolf Road, Suite 101, Albany, NY 12205** in the manner indicated below:

By delivering a true copy of each to and leaving with **MARIE PASKA, CORPORATE OPERATIONS MANAGER** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| **Female** | **White** | **Blonde** | **35** | **5Ft3In** | **110 lbs** |
| Other Features: | | | | | |

Sworn to and subscribed before me on 5/30/14

X_____
Zachariah TeBordo
Enterprise (Batavia)
26 Harvester Ave.
Batavia, NY 14020
585-815-4337

Notary Public

[ ] Nancy E. Gunner
Notary Public, State of NY
No. 01GU6179812
Qualified in Albany County
Commission expires 2/4/16

DANIEL OLEARY
Notary Public, State of New York
No. 01OL6293343
Qualified in Schenectady County
Commission Expires Dec. 9, 2017

[ ] Sherie A. Searles
Notary Public, State of NY
No. 01SE6179623
Qualified in Albany County
Commission expires 12/17/15

[ ] Jessica M. DeVoe
Notary Public, State of NY
No. 01DE6042657
Qualified in Albany County
Commission expires 5/30/14

Enterprise Process Service, Inc. (Batavia)
26 Harvester Avenue
Batavia, NY 14020

SOUTHWESTLEGAL1



SOUTHWESTLEGAL1