# United States District Court
# Central District of California

| | |
|---|---|
| MANUEL CHARKCHYAN, | Case No. 2:14-cv-03564-ODW(ASx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| EZ CAPITAL, INC., | **LACK OF PROSECUTION** |
| Defendant. | |

On May 28, 2014, Plaintiff served Defendant EZ Capital, Inc. (ECF No. 9.) Defendant therefore had until June 18, 2014, to answer or otherwise respond—that is, 21 days after the service date. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has filed no response. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Tuesday, July 29, 2014**, why it has not moved for entry of default against Defendant. No hearing will be held; Plaintiff shall respond in writing. The Court will discharge this Order upon a timely application for entry of default filed with the Clerk of Court. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 22, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**