Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Babak Semnar
bob@semnarlawfirm.com
**SEMNAR LAW FIRM**
400 South Melrose Drive, Suite 209
Vista, CA 92081
Telephone: (619) 500-4187
Facsimile: (888) 819-8230

*Attorneys for Plaintiff,*
Manuel Charkchyan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CHARKCHYAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EZ CAPITAL, INC.,<br><br>Defendant. | **Case No: 2:14-cv-03564-ODW-AS**<br><br>**PROOF OF SERVICE OF SUMMONS** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-3564

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  EZ Capital, Inc
was received by me on *(date)*  5/27/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Marie Paska Corporate Operations Manager , who is designated by law to accept service of process on behalf of *(name of organization)*  EZ Capital, Inc  on *(date)* 5/28/14 @ 3:05 p.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/28/14

Server's signature

Zachariah TeBordo (Process Server)
*Printed name and title*

2221 Camino Del Rio South, Ste 103, San Diego, CA 92108
*Server's address*

Additional information regarding attempted service, etc: