# United States District Court
# Central District of California

| | |
|---|---|
| MANUEL CHARKCHYAN<br><br>    Plaintiff,<br><br>  v.<br><br>EZ CAPITAL, INC.,<br><br>    Defendant. | Case № 2:14-cv-03564-ODW(ASx)<br><br>**ORDER COMPELLING PLAINTIFF TO SUBMIT FURTHER EVIDENCE IN SUPPORT OF RECOVERY OF ATTORNEY FEES AND COSTS** |

On May 8, 2014, Manuel Charkchyan ("Plaintiff") filed suit against EZ Capital ("Defendant") for violation of the Telephone Consumer Protection Act. Plaintiff served Defendant with a copy of the Summons and Complaint on May 28, 2014, and Defendant's answer was due 21 days later, on June 18, 2014. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not filed a response.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The evidence provided by Plaintiff in support of his Motion for Default Judgment is insufficient to award attorney fees and costs incurred in filing its Motion because it fails to provide adequate documentation of its entitlement for recovery. Therefore, the Court **ORDERS** Plaintiff to submit a detailed accounting of Plaintiff's attorney fees and costs incurred in filing his Motion for Default Judgment.

**If Plaintiff fails to provide the requested evidence by June 5, 2015, the Court will deny its recovery of attorney fees and costs.**

**IT IS SO ORDERED.**

May 29, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**