**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| MANUEL CHARKCHYAN, | Case No. 2:14-cv-03564-ODW(ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EZ CAPITAL, INC, | |
| Defendant. | |

The Court **AWARDS damages** against Defendant EZ Capital in the amount of **$3,000.00** for violation of the Telephone Consumer Protection Act. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 11, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**